IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELESTE EDWARDS,<br><br>              Plaintiff,<br><br>v.<br><br>FINANCE OF AMERICA MORTGAGE, LLC,<br><br>              Defendant. | Case No. 1:22-cv-11557-RGS |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Celeste Edwards hereby voluntarily dismisses without prejudice her claims against Defendant Finance of America Mortgage, LLC.

Dated: January 26, 2023

Respectfully Submitted,

*/s/ Jonathan M. Jagher*
Jonathan M. Jagher (BBO# 650444)
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6487
jjagher@fklmlaw.com

Nicholas A. Colella
James M. LaMarca
**LYNCH CARPENTER LLP**
1133 Penn Avenue Floor 5
Pittsburgh, PA 15222
(412) 322-9243
nickc@lcllp.com
james@lcllp.com

R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143

bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Counsel for Plaintiff*